UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PNY TECHNOLOGIES, INC.,

Plaintiff(s),

v.

SANDISK CORPORATION,

Defendant(s).

CASE NO. 3:11-cv-04689-SI

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan Short, an active member in good standing of the bar of New Jersey, whose business address and telephone number is McCARTER & ENGLISH, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102, Telephone: (973) 622-4444, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PNY TECHNOLOGIES, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Susan Illston

American LegalNet, Inc.
www.FormsWorkflow.com