ALLEN J. RUBY (SB No. 47109)
DAVID W. HANSEN (SB No. 196958)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Allen.Ruby@skadden.com; David.Hansen@skadden.com

Attorneys for Defendant,
SANDISK CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> SANDISK CORPORATION <br><br> Defendant. | CASE NO.: CV 11-4689 SI <br><br> [PROPOSED] STIPULATED ORDER PROVIDING SANDISK UNTIL NOVEMBER 9, 2011, TO ANSWER OR OTHERWISE PLEAD TO PNY'S COMPLAINT |

Plaintiff, PNY Technologies, Inc. ("PNY"), and Defendant, SanDisk Corporation ("SanDisk"), respectfully request that the Court enter this [Proposed] Stipulated Order providing that SanDisk shall have until November 9, 2011, to answer or otherwise plead to PNY's Complaint in this action.

Dated: October 25, 2011

FARELLA BRAUN + MARTELL LLP

By: _____
for / John L. Cooper

Attorneys for Plaintiff,
PNY Technologies, Inc.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
David W. Hansen

Attorneys for Defendant,
SanDisk Corporation

1  IT IS SO ORDERED:

2  /s/ Susan Illston        11/2/11

3  _____
   Honorable Susan Illston
4  United States District Judge