| | |
|---|---|
| John L. Cooper (SBN 50324)<br>jcooper@fbm.com<br>Roderick M. Thompson (SBN 96192)<br>rthompson@fbm.com<br>Jessica K. Nall (SBN 215149)<br>jnall@fbm.com<br>Allyson M. Franco (SBN 273467)<br>afranco@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Ira Gottlieb (*pro hac vice*)<br>igottlieb@mccarter.com<br>Scott Christie (*pro hac vice*)<br>schristie@mccarter.com<br>Jonathan Short (*pro hac vice*)<br>jshort@mccarter.com<br>Richard Hernandez (*pro hac vice*)<br>rhernandez@mccarter.com<br>Mark Anania (*pro hac vice*)<br>manania@mccarter.com<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center, 100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>Attorneys for Plaintiff<br>PNY TECHNOLOGIES, INC. | Allen J. Ruby (SBN 47109)<br>David W. Hansen (SBN 196958)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>Allen.Ruby@skadden.com<br>David.Hansen@skadden.com<br><br>James A. Keyte (*pro hac vice* application forthcoming)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br>James.Keyte@skadden.com<br><br>Richard S. Taffet (*pro hac vice* application forthcoming)<br>BINGHAM MCCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 705-7000<br>Facsimile: (212) 752-5378<br>Richard.Taffet@bingham.com<br><br>Attorneys for Defendant<br>SANDISK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>SANDISK CORPORATION,<br><br>        Defendant. | Case No. 3:11-cv-04689 (SI)<br><br>**STIPULATION AND [P~~ROPOSED~~R]<br>ORDER SETTING BRIEFING<br>SCHEDULE AND HEARING DATE<br>ON SANDISK CORPORATION'S<br>MOTION TO DISMISS**<br><br>Dept:   Courtroom 10, 19th Fl.<br>Judge:  Honorable Susan Illston<br><br>Complaint Filed: September 21, 2011 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order /
Case No. 3:11-cv-04689 (SI)

27083\2854934.2

6749283.7

1      WHEREAS, on November 9, 2011, Defendant SanDisk Corporation ("SanDisk") filed a
2  Motion to Dismiss ("Motion"), setting the hearing on SanDisk's Motion for December 16, 2011;
3      WHEREAS, counsel for Plaintiff PNY Technologies, Inc. ("PNY") asked counsel for
4  SanDisk to agree to an extension of the briefing and hearing schedule on the Motion, pursuant to
5  which PNY's Opposition to the Motion would be due on December 7, 2011, and SanDisk having
6  requested its reply be due December 21, 2011, and PNY therefore having asked that the hearing
7  on the Motion be scheduled for January 6, 2012;
8      WHEREAS, SanDisk does not object to PNY's requested extension;
9      WHEREAS, the Court set the Initial Case Management Conference in this action for
10  January 6, 2012, at 2:30 p.m.; and
11      WHEREAS, counsel for the Parties have met and conferred, and have agreed to propose
12  an alternative briefing schedule for SanDisk's Motion, as well as an alternative date for hearing
13  SanDisk's Motion on the same date as the Initial Case Management Conference;
14      THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the
15  Court reset the briefing schedule for SanDisk's Motion and the Hearing date for that Motion and
16  the Initial Case Management Conference on the same date as set forth below or on such other
17  dates as may be acceptable to the Court:
18      1.   PNY's Opposition to SanDisk's Motion will be due on December 7, 2011;
19      2.   SanDisk's Reply in Support of its Motion will be due on December 21, 2011; and
20      3.   The Hearing on SanDisk's Motion will be January 6, 2012, at 9:00 a.m. [handwritten: Jan. 13]
21
22      IT IS SO STIPULATED.
23
24  Dated: November 14, 2011                FARELLA BRAUN + MARTEL LLP
25  I represent that concurrence in the filing of
    this document has been obtained from each
26  of the other signatories.                By: /s/ John L. Cooper
                                                 John L. Cooper
27
                                             Attorneys for Plaintiff
28                                           PNY Technologies, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order /       - 2 -
Case No. 3:11-cv-04689 (SI)                                          27083\2854934.2

6749283.7

1  Dated: November 14, 2011                           SKADDEN, ARPS, SLATE, MEAGHER &
2                                                                            FLOM LLP
3
4                                                                     By: /s/ Allen J. Ruby
                                                                                Allen J. Ruby
5                                                                     Attorneys for Defendant
6                                                                     SanDisk Corporation

7        PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE
8  APPEARING, IT IS SO ORDERED.
9
10
11  Dated: ____11/15_____, 2011           _____/s/ Susan Illston_____
                                                                  THE HONORABLE SUSAN ILLSTON

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation and [Proposed] Order /         - 3 -
Case No. 3:11-cv-04689 (SI)

27083\2854934.2
6749283.7