**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PNY TECHNOLOGIES, INC.,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**SANDISK CORPORATION,**<br><br>      **Defendant.** | Case No.: 11-CV-04689 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from February 25, 2013 to **Monday, March 18, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5. Five-business days prior to the date set for the Case Management Conference the parties shall file an updated joint cases management statement to update the Court on the status of the state court proceedings.

**IT IS SO ORDERED.**

Date: February 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**