**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PNY TECHNOLOGIES, INC.,**<br>    **Plaintiff,**<br>vs.<br>**SANDISK CORPORATION *et al.*,**<br>    **Defendant(s).** | Case No.: 11-CV-04689 YGR<br><br>**ORDER REQUIRING *SHORT* UPDATE TO CASE MANAGEMENT STATEMENT** |

The Court has reviewed the parties' Updated Joint Case Management Statement and understands that the parties had a trial setting conference in the state court action earlier today, March 12, 2013. The parties shall file a *short* update apprising the Court of the status of the state court case by no later than **12:00 p.m.** on **Friday, March 15, 2013**.

**IT IS SO ORDERED.**

Date: March 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**