**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PNY TECHNOLOGIES, INC.,** | Case No.: 11-CV-04689 YGR |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **SANDISK CORPORATION,** | |
| Defendant. | |

The Court has reviewed the parties' Joint Case Management Statement (Dkt. No. 112). Plaintiff's proposal to modify the discovery rules is unsupported. As such, modification of the discovery rules is denied without prejudice to renew. Any renewed request to modify the discovery rules should provide a substantive plan of the proposed modifications and good cause for exceeding the ordinary limits on discovery.

The Case Management Conference in this matter is **CONTINUED** from June 10, 2013 to **Monday, August 26, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: June 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**