IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDISK CORPORATION, <br><br> Defendant. | Case No.: C-11-04689 WHO (JSC) <br><br> **ORDER RE: JOINT DISCOVERY LETTER (Dkt. No. 132.)** |

The Court is in receipt of the parties' joint letter regarding their ongoing efforts to resolve remaining discovery disputes. The Court hereby grants the parties an extension to August 1, 2013 for the parties to submit any final briefing on their dispute concerning PNY's proposed search strings, terms, and custodians. In addition, the Court notes that while the parties believe that "the ongoing discovery dispute likely will necessitate further adjournments of the other discovery deadlines in this matter," (Dkt. No. 132 at 2), the Court expresses no opinion on the matter. The parties recognize correctly that such adjournments shall be addressed to Judge Orrick.

This Order disposes of Dkt. No. 132.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE