DANIEL B. ASIMOW (No. 165661)
daniel.asimow@aporter.com
ROBERT D. HALLMAN (No. 239949)
robert.hallman@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

IRA GOTTLIEB (admitted *pro hac vice*)
igottlieb@mccarter.com
RICHARD HERNANDEZ (admitted *pro hac vice*)
rhernandez@mccarter.com
JONATHAN SHORT (admitted *pro hac vice*)
jshort@mccarter.com
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:    973.622.4444
Facsimile:    973.624.7070

Attorneys for Plaintiff
PNY TECHNOLOGIES, INC.

ALLEN J. RUBY (SB No. 47109)
Allen.Ruby@skadden.com
DAVID W. HANSEN (SB No. 196958)
David.Hansen@skadden.com
JAMES P. SCHAEFER (SB No. 250417)
James.Schaefer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

JAMES A. KEYTE (admitted *pro hac vice*)
James.Keyte@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

Attorneys for Defendant,
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDISK CORPORATION, <br><br> Defendant. | Case No.: C-11-04689 WHO <br><br> **STIPULATED REQUEST FOR ORDER MODIFYING PRETRIAL SCHEDULE** |

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff PNY Technologies, Inc. ("PNY"), and
2  Defendant SanDisk Corporation ("SanDisk"), by and through their respective counsel of record,
3  hereby stipulate to and respectfully request that the Court enter an order extending certain case
4  management deadlines.

5    The primary basis for this request is that the parties recently completed a trial in their state
6  court matter in Santa Clara County (*SanDisk Corporation v. PNY Technologies*, Inc., Superior
7  Court of California, County of Santa Clara, Case No. 1:11-cv-205928). Trial proceedings began on
8  January 28, 2014 and the jury returned its verdict on March 10, 2014. The state court trial took
9  longer than the parties expected and disrupted the parties' ability to complete discovery in
10 accordance with the prior case management order. In addition, post-trial proceedings are likely to
11 consume additional time over the next several weeks.

12   In addition, SanDisk's Motion to Dismiss PNY's Second Amended Complaint is scheduled
13 to be heard on April 9, 2014, and the Court's ruling on this motion may affect discovery in this
14 case.

15   Accordingly, the parties propose the following changes to the Court's November 19, 2013
16 case management order:

| Event | Current Date | Proposed Modified Date |
|---|---|---|
| Discovery cutoff: | April 18, 2014 | June 24, 2014 |
| Expert disclosure: | May 23, 2014 | July 31, 2014 |
| Expert rebuttal: | June 20, 2014 | September 1, 2014 |
| Expert discovery cutoff: | July 18, 2014 | September 24, 2014 |
| Motions heard by: | October 8, 2014 | November 12, 2014 |

24   Prior time modifications in this case consist of (a) the November 3, 2011 Stipulation and
25 Order providing SanDisk with additional time to respond to PNY's complaint, so that SanDisk's
26 response was due on November 9, 2011, (b) the November 16, 2011 Stipulation and Order setting
27 an extended briefing schedule and hearing date on SanDisk's motion to dismiss PNY's original

complaint, and (c) the May 16, 2012 Order extending the time for PNY to file its First Amended Complaint, (d) the July 19, 2012 Order modifying the briefing schedule with respect to SanDisk's Motion to Dismiss the First Amended Complaint, and (e) the Court's November 19, 2013 Order modifying the pretrial schedule.

DATED: March 18, 2014                    ARNOLD & PORTER LLP


                                         By:      /s/ *Daniel B. Asimow*
                                               DANIEL B. ASIMOW

                                         Attorneys for Plaintiff
                                         PNY TECHNOLOGIES, INC.


DATED: March 18, 2014                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                         By:      /s/ *James P. Schaefer*
                                               JAMES P. SCHAEFER

                                         Attorneys for Defendant
                                         SANDISK CORPORATION

ORDER

The Court will hold a Case Management Conference after the hearing on SanDisk's Motion to Dismiss PNY's Second Amended Complaint on April 9, 2014 to modify the case management schedule. It is not necessary to file a Joint Case Management Statement unless there are additional issues the parties would like to bring to the Court's attention. In light of the verdict in the Superior Court of California, County of Santa Clara, I would agree to adjust the schedule as requested by the parties. However, before setting new dates, I would like to talk with the parties about (i) the effect on the schedule, if any, that my ruling on the motion will have, (ii) what impact the verdict has on the mediation or other resolution of the case, and (iii) the need to set a new trial date to accommodate the revised case management schedule. If the proposed schedule becomes the final schedule, I would continue the trial until February 17, 2015, assuming that date is convenient to counsel, to allow three months from the last day to hear dispositive motions until the trial.

IT IS SO ORDERED.

March 19, 2014

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE