UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** June 25, 2014 | **Time:** 25 minutes<br>2:03 p.m. to 2:28 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 11-cv-04689-WHO | **Case Name:** PNY Technologies, Inc. v. Sandisk Corporation | |

**Attorney for Plaintiff:**   Thomas Lane, Daniel Asimow, and Drew Robertson
**Attorney for Defendant:**   James Schaefer

**Deputy Clerk:** Jean Davis			**Court Reporter:** FTR Recording

**PROCEEDINGS**

Parties heard as to motion to dismiss. Motion taken under submission; written order to follow.

Court directs the parties to meet and confer regarding selection of a mediator and to advise the Courtroom Deputy within the next two weeks if referral to a Magistrate Judge for a settlement conference is desired.  Court suggests that the parties focus on a mediation/settlement conference once discovery is completed.