UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>   v.<br><br>SANDISK CORPORATION,<br><br>  Defendant. | Case No. 11-cv-04689-WHO (JSC)<br><br>**ORDER DENYING DISCOVERY LETTER BRIEFS AS MOOT**<br><br>Re: Dkt. Nos. 256, 257 |

The parties have informed the Court that they have resolved their disputes contained in the two pending discovery letter briefs. (Dkt. Nos. 256, 257.) The Court accordingly DENIES as moot the parties' requested relief.

**IT IS SO ORDERED.**

Dated: July 1, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge