1
2
3
4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PNY TECHNOLOGIES, INC., | Case No.: 11-cv-04689 WHO |
| Plaintiff, | **ORDER DISMISSING THIS CASE WITH PREJUDICE** |
| vs. | Judge:   Hon. William H. Orrick |
| SANDISK CORPORATION, | |
| Defendant. | |

**ORDER DISMISSING CASE WITH PREJUDICE**          **CASE NO. 11-CV-04689 WHO**

1     Pursuant to the Notice Of Settlement And Stipulated Request For Dismissal With Prejudice filed by Plaintiff, PNY Technologies, Inc., and Defendant, SanDisk Corporation, the Court hereby orders that this case is dismissed with prejudice.  Each party shall bear its own costs.

IT IS SO ORDERED.

Dated:  September 18, 2014

                                  HON. WILLIAM H. ORRICK
                                  UNITED STATES DISTRICT JUDGE